

**THE CITY OF NEW YORK**

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JOSHUA J. LAX**
Special Assistant Corporation Counsel
Phone: (212) 442-2359
Fax: (212) 788-9776
jlax@law.nyc.gov

August 8, 2012

**VIA E.C.F.**
Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    <u>Turner v. City of New York, et al.</u>, 11 Civ. 6175 (JBW) (LB)

Your Honor:

        I am a Special Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department, and the attorney assigned to the defense of the above-referenced matter. I write to inform the Court that the parties have reached an agreement in principal to settle this matter for the sum of $25,000.00. The parties are now negotiating the terms of the Stipulation of Settlement and Notice of Dismissal.

        I thank the Court for its time and consideration of these matters.

        Respectfully submitted,

        /s/

        Joshua J. Lax
        Special Assistant Corporation Counsel

Cc:    Michael B. Lumer
        *Attorneys for Plaintiff*
        Reibman & Weiner
        26 Court Street
        Suite 1808
        Brooklyn, NY 11242